```
 1  MICHELLE A. CHILDERS (SBN #197064)
    SALLY F. WHITE (SBN #273765)
 2  DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
 3  San Francisco, CA  94105-2235
    Telephone:    (415) 591-7500
 4  Facsimile:    (415) 591-7510

 5  T. HAROLD PINKLEY (SBN #230503)
    Butler Snow LLP
 6  The Pinnacle at Symphony Place
    150 – 3rd Avenue South, Suite 1600
 7  Nashville, TN  37201
    Telephone:    (615) 651-6715
 8  Facsimile:    (615) 651-6701

 9  Attorneys for Defendant
    ETHICON, INC.
10
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY CARLING, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN MEDICAL SYSTEMS, INC., C.R. BARD, INC., BOSTON SCIENTIFIC CORPORATION, ETHICON, INC., COLOPLAST CORPORATION and DOES 1-500, inclusive,<br><br>　　　　　Defendants. | Case No. 3:13-CV-05792-RS<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT'S STIPULATED MOTION TO STAY ALL PROCEEDINGS PENDING A DECISION TO TRANSFER TO MDL NO. 2325,** *IN RE AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LITIGATION*<br><br>Date:　　January 30, 2014<br>Time:　　1:30 p.m.<br>Judge:　 Richard Seeborg<br>Dept:　　Courtroom 3, 17th Floor |

　　　　WHEREAS, Plaintiffs originally filed this action against Defendants American Medical Systems, Inc. ("AMS"), C.R. Bard, Inc., Boston Scientific Corporation, Ethicon, Inc., and Coloplast Corporation (collectively "Defendants")  in the Superior Court of the State of California for the County of Alameda, Case No. RG13687551.

　　　　WHEREAS, on December 13, 2013, with the consent of all properly joined and served defendants, Defendant AMS removed this case to the United States District Court for the

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
GRANTING MOT. TO STAY PENDING TRANSFER　　　　　　　　　　　　　　　　　　CASE NO. CV-05792-RS
SF01/ 922207.1

1 Northern District of California on the basis of jurisdiction under 28 U.S.C. §§ 1332 & 1441;

2 WHEREAS, pursuant to 28 U.S.C. § 1407(a), on February 7, 2012, the Judicial Panel on

3 Multidistrict Litigation ("JPML") issued a Transfer Order centralizing all MDL No. 2325 actions

4 in the Southern District of West Virginia before the Honorable Joseph R. Goodwin, in *In re*

5 *American Medical Systems, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 844 F. Supp. 2d 1359

6 (J.P.M.L. 2012);

7 WHEREAS, this case involves questions of fact common to those cases pending in MDL

8 2325, and Defendant AMS filed a Notice of Potential Tag-Along Action with the JPML regarding

9 this case, in accordance with the Rules of Procedure of the JPML; and

10 WHEREAS, Defendant has moved this Court to stay all proceedings in this action

11 pending a decision by the United States Judicial Panel on Multidistrict Litigation on the transfer

12 of this action to the Southern District of West Virginia as part of MDL No. 2325 before the

13 Honorable Joseph R. Goodwin. *See* 28 U.S.C. § 1407; Transfer Order, MDL No. 2325, *In re*

14 *American Medical Systems, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 844 F. Supp. 2d 1359

15 (J.P.M.L. 2012);

16 IT IS THEREFORE STIPULATED, by the parties through their respective counsel, as

17 follows:

18 The Stipulated Motion to Stay All Proceedings Pending Decision on Transfer to MDL No.

19 2325, *In re American Medical Systems, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, is

20 GRANTED. The case is STAYED until further action by this Court or transfer by the United

21 States Judicial Panel on Multidistrict Litigation. The parties are relieved of any pleading,

22 discovery, or other obligation until further notice. The case is administratively closed pending a

23 ruling on such transfer.

24 IT IS SO STIPULATED.

25

26

27

28

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
GRANTING MOT. TO STAY PENDING TRANSFER - 2 - CASE NO. CV-05792-RS
SF01/ 922207.1

| | | |
|---|---|---|
| 1 | Dated: December 20, 2013 | REED SMITH LLP |
| 2 | | |
| 3 | | By: */s/ J. David Bickham* |
| 4 | |     J. David Bickham<br>    Lynn A. Combs |
| 5 | | Attorneys for Defendant<br>AMERICAN MEDICAL SYSTEMS, INC. |
| 6 | | |
| 7 | | |
| 8 | Dated: December 20, 2013 | REED SMITH LLP |
| 9 | | |
| 10 | | By: */s/ Eric J. Buhr*<br>    Eric J. Buhr |
| 11 | | Attorneys for Defendant<br>C.R. BARD, INC. |
| 12 | | |
| 13 | | |
| 14 | Dated: December 20, 2013 | SHOOK HARDY & BACON LLP |
| 15 | | |
| 16 | | By: */s/ Brian P. Ziska*<br>    Brian P. Ziska |
| 17 | | Attorneys for Defendant<br>BOSTON SCIENTIFIC CORPORATION |
| 18 | | |
| 19 | | |
| 20 | Dated: December 20, 2013 | DRINKER BIDDLE & REATH LLP |
| 21 | | |
| 22 | | By:*/s/ Michelle A. Childers*<br>    Michelle A. Childers<br>    Sally F. White |
| 23 | | |
| 24 | | Attorneys for Defendant<br>ETHICON, INC. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
GRANTING MOT. TO STAY PENDING TRANSFER
SF01/ 922207.1

- 3 -

CASE NO. CV-05792-RS

| | | |
|---|---|---|
| 1 | Dated: December 20, 2013 | FULBRIGHT & JAWORSKI LLP |
| 2 | | |
| 3 | | By: */s/ Lesley E. Swanson* |
| 4 | | Lesley E. Swanson |
| 5 | | Attorneys for Defendant COLOPLAST CORPORATION |
| 7 | Dated: December 20, 2013 | POLLARD BAILEY |
| 9 | | By: */s/ Dylan F. Pollard* |
| 10 | | Dylan F. Pollard |
| 11 | | Attorneys for Plaintiffs |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   1/2        , 2014

JUDGE OF THE UNITED STATES DISTRICT COURT

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
GRANTING MOT. TO STAY PENDING TRANSFER
SF01/ 922207.1
- 4 -
CASE NO. CV-05792-RS